## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON STEPHANY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 20-649 |
| v. | : | (JUDGE MANNION) |
| STEPHAN MOLINARO, *et al.*, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 13)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's June 17, 2020 filing, **(Doc. 11)**, is construed as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i);

**(3)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1);

**(4)** the Clerk of the Court is directed to return the exhibits plaintiff' submitted, in original or copied form, by mailing them to him where he is currently confined; and

**(5)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

                                                   s/ *Malachy E. Mannion*
                                                 **MALACHY E. MANNION**
                                                 **United States District Judge**

**Date: August 5, 2020**
20-649-01-ORDER